LARRY CARR, Appellant, v PAMELA D. HAYES et al., Respondents, et al., Defendant.

Submitted June 11, 2012; decided June 28, 2012

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 19 NY3d 802 (2012)].

HOVSEP GREGORIAN, Respondent, v NEW YORK LIFE INSURANCE COMPANY, Appellant.

Submitted June 4, 2012; decided June 28, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of SINCLAIR HABERMAN et al., Respondents, v ZONING BOARD OF APPEALS OF CITY OF LONG BEACH et al., Appellants, et al., Respondent.

Submitted May 29, 2012; decided June 28, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action/proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

DIEDRICH HOLTKAMP et al., Appellants, v PARKLEX ASSOCIATES et al., Defendants. FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP, et al., Proposed Defendants-Respondents.

Submitted May 21, 2012; decided June 28, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.